UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY BANK OF AMERICA MERRILL LYNCH TRUST 2013-C10, COMMERICAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2013-C10,<br><br>       Plaintiff,<br><br>-against-<br><br>262 EAST FORDHAM REALTY LLC, et al.,<br><br>       Defendants. | 23-cv-06246 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court has received Plaintiff's proposed order to show cause which includes a request to appoint a receiver to take immediate possession and control of the Defendants' assets. The Court sets the following briefing schedule:

- Defendants' opposition to the proposed order, if any, is due **August 8, 2023**;
- Plaintiff's reply, if any, is due **August 15, 2023**.

Plaintiff shall serve a copy of this order upon all defendants and shall file proof of service on the docket.

Dated: July 25, 2023
   New York, New York

              SO ORDERED.

              *Jennifer Rochon*
              JENNIFER L. ROCHON
              United States District Judge