UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, <br><br> Plaintiff, <br><br> -against- <br><br> 265 EAST FORDHAM REALTY LLC, et al., <br><br> Defendants. | Case No. 23-cv-06246 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On July 19, 2023, Plaintiff filed its complaint and a proposed order to show cause seeking the appointment of a receiver to take immediate possession and control of the Defendants' assets. ECF Nos. 1, 4, 7. Plaintiff provided a proposed Order Appointing Receiver. ECF No. 4-1. On July 25, 2023, the Court ordered Defendants to respond and file their opposition to a receiver appointment, if any, by August 8, 2023. *Id.* Plaintiff served the summons and complaint, as well as the Court's Order to Show Cause, on Defendants. *See* ECF Nos. 15-17. Defendants have not appeared in the case, responded to the complaint, or otherwise opposed Plaintiff's request to appoint a receiver.

Therefore, IT IS HEREBY ORDERED that the parties shall appear for a conference to discuss the proposed Order Appointing Receiver at ECF No. 4-1 on **October 18, 2023 at 11:30 a.m.** Plaintiff shall serve a copy of this Order on Defendants within three business days of the issuance of this Order.

Dated: October 3, 2023
       New York, New York

                                                SO ORDERED.

                                                JENNIFER L. ROCHON
                                                United States District Judge