**PERKINSCOIe**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

October 17, 2023

**VIA EFILING**

Hon. Jennifer L. Rochon, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:   U.S. Bank National Association, as Trustee for Morgan Stanley Bank of America Merrill Lynch Trust 2013-C10, Commercial Mortgage Pass-Through Certificates, Series 2013-C10 v. 262 East Fordham Realty LLC; USDC SDNY Civil Case No. 1:23-cv-06246 – ADJOURNMENT REQUEST

Dear Judge Rochon:

Our office represents U.S. Bank National Association, as Trustee for Morgan Stanley Bank of America Merrill Lynch Trust 2013-C10, Commercial Mortgage Pass-Through Certificates, Series 2013-C10 ("Plaintiff") in the referenced action (the "Action").

The Court has ordered the parties to appear for a conference tomorrow at 11:30 a.m.

We write with defendant's consent to request a two-week adjournment. Defendants consent.

We apologize for the late notice. The wife of the undersigned had surgery earlier this week and is expected to be discharged from the hospital tomorrow. Because she has limited mobility, it would benefit her recovery if the undersigned can assist with her discharge.

We do wish to apprise the Court that the Plaintiff and the Defendants have entered into a preliminary non-binding term sheet that the parties hope should resolve the litigation. Were we to appear tomorrow, that is the substance of what we would be apprising the Court.

The request is GRANTED. The motion conference is adjourned until **November 1, 2023 at 10:30 a.m.**

Dated:  October 18, 2023
        New York, New York

                      **SO ORDERED.**

                      *Jennifer Rochon*
                      **JENNIFER L. ROCHON**
                      **United States District Judge**

164193900.1
Perkins Coie LLP

Hon. Jennifer L. Rochon, U.S.D.J.
October 17, 2023
Page 2

We thank the Court in advance for its consideration in this matter and for all courtesies shown.

Respectfully submitted,

*/s/ Gary F. Eisenberg*
Gary F. Eisenberg

GFE:moc
Enclosures
Cc:  Electronic service list