# PerkinsCoie

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

November 27, 2023

**VIA EFILING**

Hon. Jennifer L. Rochon, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> The request is GRANTED. The hearing scheduled for November 29, 2023 is adjourned to **December 13, 2023 at 9:30 a.m.**
>
> Dated: November 27, 2023
> New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re: **U.S. Bank National Association, as Trustee for Morgan Stanley Bank of America Merrill Lynch Trust 2013-C10, Commercial Mortgage Pass-Through Certificates, Series 2013-C10 v. 262 East Fordham Realty LLC; USDC SDNY Civil Case No. 1:23-cv-06246 – STATUS UPDATE AND ADJOURNMENT REQUEST**

Dear Judge Rochon:

Our office represents U.S. Bank National Association, as Trustee for Morgan Stanley Bank of America Merrill Lynch Trust 2013-C10, Commercial Mortgage Pass-Through Certificates, Series 2013-C10 ("Plaintiff") in the referenced action (the "Action").

In anticipation of the OSC hearing currently scheduled for November 29, 2023, we write to provide an update on the parties' continuing efforts to resolve the Action and request another 2-week adjournment.

The parties have made substantial progress on the proposed settlement documents with multiple drafts being exchanged with comments. Plaintiff anticipates that the parties should be able to finalize the documents within the next two weeks.

We thank the Court in advance for its consideration in this matter and for all courtesies shown.

Respectfully submitted,

*/s/ Gary F. Eisenberg*
Gary F. Eisenberg

cc: Electronic service list