**PerkinsCoie**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

December 12, 2023

**VIA EFILING**

Hon. Jennifer L. Rochon, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re: U.S. Bank National Association, as Trustee for Morgan Stanley Bank of America Merrill Lynch Trust 2013-C10, Commercial Mortgage Pass-Through Certificates, Series 2013-C10 v. 262 East Fordham Realty LLC; USDC SDNY Civil Case No. 1:23-cv-06246 – STATUS UPDATE AND ADJOURNMENT REQUEST

Dear Judge Rochon:

Our office represents U.S. Bank National Association, as Trustee for Morgan Stanley Bank of America Merrill Lynch Trust 2013-C10, Commercial Mortgage Pass-Through Certificates, Series 2013-C10 ("Plaintiff") in the referenced action (the "Action").

In anticipation of the OSC hearing currently scheduled for December 13, 2023, we write to provide an update on the parties' continuing efforts to resolve the Action and request another 2-week adjournment.

The parties have continued to make substantial progress on the proposed settlement documents. Three issues remain to be resolved in the drafts and the parties are aiming to execute and deliver the final documents by the end of the week.

We thank the Court in advance for its consideration in this matter and for all courtesies shown.

Respectfully submitted,

*/s/ Gary F. Eisenberg*
Gary F. Eisenberg

Cc: Electronic service list

The request is GRANTED. The hearing is adjourned to **December 22, 2023 at 10:00 a.m.** If Plaintiff wishes to request future adjournments of this hearing, it must submit those requests at least 48 hours in advance.

Dated: December 13, 2023
New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Perkins Coie LLP