# PERKINSCOIE

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

**T** +1.212.262.6900
**F** +1.212.977.1649
PerkinsCoie.com

December 26, 2023

**VIA EFILING**

Hon. Jennifer L. Rochon, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The request is GRANTED.  The hearing is adjourned to
**January 10, 2024 at 2:00 p.m.**   **SO ORDERED.**

Dated:  January 2, 2024
New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

> **Re:**     **U.S. Bank National Association, as Trustee for Morgan Stanley Bank of
> America Merrill Lynch Trust 2013-C10, Commercial Mortgage Pass-
> Through Certificates, Series 2013-C10 v. 262 East Fordham Realty LLC;
> USDC SDNY Civil Case No. 1:23-cv-06246 – STATUS UPDATE AND
> ADJOURNMENT REQUEST**

Dear Judge Rochon:

Our office represents U.S. Bank National Association, as Trustee for Morgan Stanley Bank of
America Merrill Lynch Trust 2013-C10, Commercial Mortgage Pass-Through Certificates, Series
2013-C10 ("Plaintiff") in the referenced action (the "Action").

We write first to apologize for not appearing on December 22, 2023 or requesting an adjournment
prior to the conference.  The undersigned erred in recording the date, mindlessly adding two weeks
to the last date as had been the length of prior adjournments (even though the Court's endorsement
stated December 22, 2023).

However, we are pleased to report that the parties have reached final form of the settlement
documents and they are in the process of being executed (full execution is awaiting parties' return
from vacation over the holiday period).

Accordingly, we anticipate that the parties shortly after the turn of the calendar year will be
executing and delivering the settlement documents, which will include a stipulation containing
terms and conditions of a voluntary dismissal without prejudice.  Therefore, we respectfully
request another short adjournment (and resolve to record the new adjourned date correctly).

Perkins Coie LLP

Hon. Jennifer L. Rochon, U.S.D.J.
December 26, 2023
Page 2

We thank the Court in advance for its consideration in this matter and for all courtesies shown.

Respectfully submitted,

_/s/ Gary F. Eisenberg_
Gary F. Eisenberg

Cc:  Electronic service list